

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00091-CR
No. 07-15-00106-CR
No. 07-15-00107-CR

**EX PARTE DANIEL LEE AINSWORTH**

On Appeal from the County Court at Law No. 1
Potter County, Texas
Trial Court Nos. 141066, 141094, 141118;
Honorable W. F. (Corky) Roberts, Presiding

August 25, 2015

## ORDER OF REINSTATMENT

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

In these three cases appellant, Daniel Lee Ainsworth, appeals the trial court's ruling on his petitions for pretrial habeas corpus relief. Appellant proceeded on appeal *pro se*. When he did not timely file his appellate brief, we abated the appeals and remanded the cases to the trial court for a determination whether appellant should continue representing himself or, if indigent, receive court-appointed counsel.

Responding to our order, the trial court conducted a hearing. The resulting record was filed in this court on August 17. The reporter's record indicates the trial

court appointed Mr. Brooks Barfield, Jr. to represent appellant in the three habeas appeals.

The July 15, 2015 abatements are dissolved and the three appeals are reinstated. Mr. Barfield shall file appellant's brief in the three habeas appeals on or before September 24, 2015.

It is so ordered.

Per Curiam

Do not publish.